```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

```
KAREEM BROCK,                       )   3:11-cv-00086-ECR-WGC
                                    )
     Plaintiff,                     )   MINUTES OF THE COURT
                                    )
vs.                                 )   DATE: March 1, 2012
                                    )
HOWARD SKOLNIK, et al.,             )
                                    )
     Defendant(s).                  )
_____)
```

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Judicial Assistant:   Candace Knab    Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On January 25, 2012, the Magistrate Judge filed a Report and Recommendation (#37) recommending that Defendants' motion to dismiss filed on May 23, 2011, which the Magistrate Judge converted to a motion for summary judgment, be granted. Plaintiff timely filed objections (#40) to the Report and Recommendation (#37) on January 25, 2012. Defendants did not respond.

    Plaintiff's objections are not well taken and are overruled. The Court finds that Plaintiff had knowledge of his Security Group Threat ("SGT") status, at the latest, on May 15, 2008. Therefore, Plaintiff's Fourteenth Amendment claim accrued on that date and the statute of limitations ran on May 15, 2010, pursuant to 42 U.S.C. § 1983 and Nevada Revised Statutes § 11.190(4)(e). Because Plaintiff did not file the complaint (#4) until February 7, 2011, summary judgment must be granted in Defendants' favor.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#37) is well taken and is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (#8) is **GRANTED**, except that Defendants' request that Plaintiff be assessed with a strike or sanctions is **DENIED**.

The Clerk shall enter judgment accordingly.

>                                    LANCE S. WILSON, CLERK
>
>                                    By _____/s/_____
>                                         Deputy Clerk