AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

KAREEM BROCK,

    Plaintiff,

V.

HOWARD SKOLNIK, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00086-ECR-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (#8) is **GRANTED**, except that Defendants' request that Plaintiff be assessed with a strike or sanctions is **DENIED**.

  March 2, 2012                                                 **LANCE S. WILSON**
                                                                                Clerk

                                                                            /s/ D. R. Morgan
                                                                             Deputy Clerk